UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA


IN RE:                          CASE NO.   09-21885-BKC-
RAQUEL MARIA ALI


CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 10,839.36  remaining in her bank
     account which represents unpresented checks drawn and mailed to
     debtor(s)/ creditor(s) in the above named case.  Your  trustee
     has made  a  good  faith effort to verify the correct  mailing
     address  for said debtor(s)/Creditor(s) and deliver  the  funds
     before  presenting this notice.  More than sufficient time  has
     passed for these checks to be presented for  payment,  or   the
     creditor  has returned funds  indicating they refuse the funds.

(  ) The trustee has a balance of $    .00   remaining in her bank
     account  which  represents small dividends as defined  by  FRBP
     3010.

     Attached and made a part of this notice is a list,  pursuant
to FRBP 3011, of  the  names,  Claim  numbers  and  addresses
of the debtor(s)/creditor(s) and the amounts  to  which  they  are
entitled.

     WHEREFORE,  your trustee hereby gives notice that  the above
stated  sum  has  been  deposited  with  the  Clerk  of  the U. S.
Bankruptcy Court, Southern  District  of Florida, to effect closing
of this estate.


Date:   FEB - 8 2016                    _____
                                        NANCY K. NEIDICH
                                        CHAPTER 13 TRUSTEE

Copies to:

RAQUEL MARIA ALI
1740 SW 93 COURT
MIAMI, FL 33165

MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL 33126-5431

WACHOVIA BANK, NA
200 S BISCAYNE BLVD, 2ND FL
MIAMI, FL 33131

WACHOVIA BANK, NA
200 S BISCAYNE BLVD, 2ND FL
MIAMI, FL 33131

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                          CASE NO.   09-21885-BKC-
RAQUEL MARIA ALI


                                CHAPTER 13


RAQUEL MARIA ALI

1740 SW 93 COURT
MIAMI, FL 33165


MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL 33126-5431

WACHOVIA BANK, NA          ---------$      4,088.32
200 S BISCAYNE BLVD, 2ND FL
MIAMI, FL 33131                            UNDELIVERABLE/STALE
                                          CLAIM REGISTER# 24

WACHOVIA BANK, NA          ---------$      6,751.04
200 S BISCAYNE BLVD, 2ND FL
MIAMI, FL 33131                            UNDELIVERABLE/STALE
                                          CLAIM REGISTER# 23


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130